IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AARON E. DENNIS, JR., )<br>)<br>Defendant. ) | Criminal Action No.<br>15-00154-01-CR-W-BCW |

### MEMORANDUM OF MATTERS DISCUSSED AND
### ACTION TAKEN AT PRETRIAL CONFERENCE

Pursuant to the order of the Court en banc of the United States District Court for the Western District of Missouri, a pretrial conference was held in the above-entitled cause before me on October 15, 2015. Defendant Aaron Dennis appeared in person and with retained counsel Willis Toney. The United States of America appeared by Assistant United States Attorney Justin Davids.

### I. BACKGROUND

On April 29, 2015, an indictment was returned charging defendant with possessing a firearm while an unlawful user of a controlled substance, in violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2).

The following matters were discussed and action taken during the pretrial conference:

### II. TRIAL COUNSEL

Mr. Davids announced that he will be the trial counsel for the government. The case agent to be seated at counsel table is Frank Roerback, Kansas City, Missouri, Police Department.

Mr. Toney announced that he will be the trial counsel for defendant Aaron Dennis.

### III. OUTSTANDING MOTIONS

There are no pending motions in this case.

### IV. TRIAL WITNESSES

Mr. Davids announced that the government intends to call 8 witnesses without stipulations or 5 witnesses with stipulations during the trial.

Mr. Toney announced that defendant Aaron Dennis intends to call no witnesses during the trial. The defendant may testify.

### V. TRIAL EXHIBITS

Mr. Davids announced that the government will offer approximately 8 exhibits in evidence during the trial.

Mr. Toney announced that defendant Aaron Dennis will offer no exhibits in evidence during the trial.

### VI. DEFENSES

Mr. Toney announced that defendant Aaron Dennis will rely on the defense of general denial.

### VII. POSSIBLE DISPOSITION

Mr. Toney stated this case is probably not for trial.

### VIII. STIPULATIONS

Stipulations are likely as to chain of custody and chemist's reports.

### IX. TRIAL TIME

Counsel were in agreement that this case will take 2 days to try.

### X. EXHIBIT LIST, VOIR DIRE AND INSTRUCTIONS

The U. S. Magistrate Judge ordered:

That, in addition to the requirements of the Stipulations and Orders filed August 25, 2015, counsel for each party file and serve a list of exhibits he intends to offer in evidence at the trial of this case on the form entitled Exhibit Index and have all available exhibits premarked using the stickers provided by the Clerk of Court by October 14, 2015;

That counsel for each party file and serve requested jury voir dire examination questions by or before noon, Wednesday, October 21, 2015;

That counsel for each party file and serve, in accordance with the requirements of Local Rule 51.1, requested jury instructions[1] by or before noon, Wednesday, October 21, 2015. Counsel are requested to provide proposed jury instructions in both hard copy form, as required by Local Rule 51.1, and by e-mail to the trial judge's courtroom deputy.

XI. *UNUSUAL QUESTIONS OF LAW*

No motions in limine are anticipated. There are no unusual questions of law.

XII. *TRIAL SETTING*

All counsel and the defendant were informed that this case will be listed for trial on the joint criminal jury trial docket which commences on October 26, 2015.

/s/ Robert E. Larsen
ROBERT E. LARSEN
United States Magistrate Judge

Kansas City, Missouri
October 14, 2015

---

[1] Counsel in all cases assigned to be tried before Judge Fernando Gaitan, Jr., as reflected in the forthcoming trial letter, shall meet and prepare a packet of agreed proposed jury instructions to be submitted to Judge Gaitan and e-mailed to marylynn_shawver@mow.uscourts.gov and rhonda_enss@mow.uscourts.gov by Friday, October 23, 2015. To the extent there are disagreements to certain instructions, each attorney shall tab and submit his or her preference on those instructions. The instructions shall be listed in the order they are to be given.